UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD DIBBLE,<br><br>          Petitioner,<br><br>    v.<br><br>STATE OF CALIFORNIA,<br><br>          Respondent. | No. 2:16-cv-0026 CKD P<br><br><br>ORDER |

      Petitioner, a state prisoner proceeding pro se, has filed an application for writ of habeas corpus together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Petitioner has not, however, filed his application for leave to proceed in forma pauperis on the form used by this district. Accordingly, petitioner's application will be dismissed and petitioner will be provided the opportunity to submit the application on the appropriate form.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Petitioner's application to proceed in forma pauperis (ECF No. 1) is dismissed without prejudice;

      2. The Clerk of the Court is directed to send petitioner a new Application to Proceed In Forma Pauperis By a Prisoner; and

/////

/////

1

3. Petitioner shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: January 12, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
dibb0026.ext